# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22040-JEM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

ANNETTE WILLIS INSURANCE AGENCY LLC, a Florida Limited Liability Company and THE WILLIS FAMILY LIMITED PARTNERSHIP, a Florida Limited Partnership

    Defendant(s).
_____/

## NOTICE OF VERBAL SETTLEMENT

The undersigned counsel hereby files this Notice of Verbal Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22040-JEM

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

ANNETTE WILLIS INSURANCE AGENCY LLC, a Florida Limited Liability Company and THE WILLIS FAMILY LIMITED PARTNERSHIP, a Florida Limited Partnership

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 16, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

**SERVICE LIST:**

HOWARD MICHAEL CAPLAN vs. ANNETTE WILLIS INSURANCE AGENCY LLC, a Florida Limited Liability Company and THE WILLIS FAMILY LIMITED PARTNERSHIP, a Florida Limited Partnership

United States District Court Southern District of Florida

CASE NO. 1:22-cv-22040-JEM

**ANNETTE WILLIS INSURANCE AGENCY LLC**

Mendy Halberstam, Esq.
Florida Bar No. 68999
JACKSON LEWIS P.C.
One Biscayne Tower
Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
E-mail: mendy.halberstam@jacksonlewis.com
Attorney for Defendant

**VIA CM/ECF**

**THE WILLIS FAMILY LIMITED PARTNERSHIP**

Registered Agent:
Willis, Larry
21200 NE 38TH Avenue
Unit 901
Aventura, FL 33180

**VIA U.S. MAIL**