**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-22040-JEM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

ANNETTE WILLIS INSURANCE AGENCY LLC, a Florida Limited Liability Company and THE WILLIS FAMILY LIMITED PARTNERSHIP, a Florida Limited Partnership,

    Defendants.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, ANNETTE WILLIS INSURANCE AGENCY LLC and THE WILLIS FAMILY LIMITED PARTNERSHIP (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Mendy Halberstam*
Mendy Halberstam, Esq.
Florida Bar No. 68999
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Email: mendy.halberstam@jacksonlewis.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22040-JEM

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

ANNETTE WILLIS INSURANCE AGENCY LLC, a Florida Limited Liability Company and THE WILLIS FAMILY LIMITED PARTNERSHIP, a Florida Limited Partnership

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 16, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

## **SERVICE LIST:**

HOWARD MICHAEL CAPLAN vs. ANNETTE WILLIS INSURANCE AGENCY LLC, a Florida Limited Liability Company and THE WILLIS FAMILY LIMITED PARTNERSHIP, a Florida Limited Partnership

United States District Court Southern District of Florida

Case No. 1:22-cv-22040-JEM

**ANNETTE WILLIS INSURANCE AGENCY LLC**

Mendy Halberstam, Esq.
Florida Bar No. 68999
E-mail: mendy.halberstam@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Attorney for Defendant

**VIA CM/ECF**

**THE WILLIS FAMILY LIMITED PARTNERSHIP**

Registered Agent:
Willis, Larry
21200 NE 38TH Avenue
Unit 901
Aventura, FL 33180

**VIA U.S. MAIL**